**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

In re:                                                   Case No: 6:15-bk-02498-KSJ
WADE MARTIN ROME
KATHLEEN MALONEY ROME                    Chapter 7

       Debtor(s).
_____/

CARLA P. MUSSELMAN, CHAPTER 7.
TRUSTEE FOR THE ESTATE OF,
WADE MARTIN ROME AND
KATHLEEN MALONEY ROME,

       Plaintiff,

v.                                                       Adversary Proceeding
                                                         No. 6:15-ap-00130-KSJ
WADE MARTIN ROME and
KATHLEEN MALONEY ROME,

       Defendant(s).
_____/


**ANSWER TO COMPLAINT TO DETERMINE DISCHAREABILITY OF DEBT**
**PURSUANT TO 11 U.S.C. § 727(a)(2)(B), (a)(3), (a)(4)(A), (a)(4)(D) AND (a)(5) FILED BY**
**CARLA P. MUSSELMAN, CHAPTER 7. TRUSTEE FOR THE ESTATE OF, WADE**
**MARTIN ROME AND KATHLEEN MALONEY ROME**
<u>**AND AFFIRMATIVE DEFENSES**</u>

      Defendants, **WADE MARTIN ROME** and **KATHLEEN MALONEY ROME**, (the

"Defendants"), by and through their undersigned counsel, serve their Answer, paragraph by

paragraph, to the Adversary Proceeding Complaint to Determine Dischargeability of Debt Pursuant

to 11 U.S.C. § 727(a)(2)(B), (a)(3), (a)(4)(A), (a)(4)(D) AND (a)(5)  (the "Complaint") filed by

Plaintiff, **CARLA P. MUSSELMAN, CHAPTER 7. TRUSTEE FOR THE ESTATE OF,**

**WADE MARTIN ROME AND KATHLEEN MALONEY ROME** and states as follows:

1

## PARTIES, JURISDICTION, AND VENUE

1.      Admitted.

2.      Admitted.

3.      Admitted.

4.      Admitted.

5.      Denied.

6.      Admitted.

7.      Admitted.

## BACKGROUND ALLEGATIONS

### Schedules

8.      Without knowledge, therefore denied.

9.      Admitted.

10.     Denied.

11.     Denied.

12.     Denied.

13.     Admitted.

14.     Without knowledge, therefore denied.

15.     Admitted.

16.     Admitted.

17.     Admitted.

18.     Admitted.

19.     Denied.

20.    Denied.

21.    Admitted.

## Entrepreneurial or Alter Ego Business Ventures

22.    Without knowledge, therefore denied.

23.    Admitted.

24.    Denied.

25.    Denied.

26.    Admitted.

27.    Denied.

28.    Denied.

29.    Denied.

30.    Denied.

31.    Admitted.

32.    Admitted.

33.    Without knowledge, therefore denied.

34.    Admitted.

## Litigation

35.    Admitted.

36.    Admitted.

## B&H Auto Sales, LLC

37.    Denied.

38.    Denied.

39.    Without knowledge, therefore denied.

40.    Without knowledge, therefore denied.

41.    Without knowledge, therefore denied.

42.    Without knowledge, therefore denied.

43.    Without knowledge, therefore denied.

44.    Without knowledge, therefore denied.

45.    Without knowledge, therefore denied.

46.    Without knowledge, therefore denied.

47.    Without knowledge, therefore denied.

48.    Without knowledge, therefore denied.

49.    Without knowledge, therefore denied.

50.    Without knowledge, therefore denied.

51.    Without knowledge, therefore denied.

52.    Without knowledge, therefore denied.

53.    Without knowledge, therefore denied.

54.    Denied.

55.    Without knowledge, therefore denied.

56.    Denied.

57.    Denied.

58.    Without knowledge, therefore denied.

59.    Without knowledge, therefore denied.

60.    Without knowledge, therefore denied.

<u>Residence/Domicile</u>

61.    Admitted.

62.    Denied.

63.    Admitted.

64.    Without knowledge, therefore denied.

65.    Admitted.

66.    Without knowledge, therefore denied.

67.    Admitted.

68.    Without knowledge, therefore denied.

69.    Denied.

70.    Denied.

Insurance

71.    Admitted.

72.    Admitted.

73.    Denied.

74.    Without knowledge, therefore denied.

75.    Admitted.

F&S Settlement

76.    Denied.

Cash Transactions

77.    Without knowledge, therefore denied.

78.    Denied.

79.    Without knowledge, therefore denied.

80.    Without knowledge, therefore denied.

81.    Without knowledge, therefore denied.

82.    Denied.

83.    Denied.

Tulving and Gold Silver Purchases

84.    Admitted.

85.    Without knowledge, therefore denied.

86.    Without knowledge, therefore denied.

87.    Without knowledge, therefore denied.

88.    Without knowledge, therefore denied.

89.    Admitted.

90.    Without knowledge, therefore denied.

91.    Admitted.

92.    Without knowledge, therefore denied.

93.    Without knowledge, therefore denied.

94.    Admitted.

95.    Without knowledge, therefore denied.

96.    Without knowledge, therefore denied.

97.    Denied.

98.    Without knowledge, therefore denied.

99.    Denied.

100.    Denied.

Taxes

101.    Admitted.

102.    Without knowledge, therefore denied.

103.    Denied.

104.    Denied.

105.    Denied.

106.    Without knowledge, therefore denied.

107.    Admitted.

## Trustee Inspection

108.    Admitted.

109.    Denied.

110.    Denied.

111.    Admitted.

112.    Denied.

113.    Admitted.

114.    Admitted.

115.    Denied.

## Omitted Assets

116.    Denied.

117.    Denied.

118.    Denied.

119.    Denied.

120.    Denied.

121.    Denied.

122.    Denied.

123.    Admitted.

124.    Admitted.

125.    Without knowledge, therefore denied.

<u>Financial Records and Property of the Estate</u>

126.    Admitted.

127.    Denied.

**COUNT I: 11 U.S.C. § 727(a)(2)(B)**

128.    Admitted.

129.    Admitted.

130.    Denied.

**COUNT II: 11 U.S.C. § 727(a)(3)**

131.    Admitted.

132.    Admitted.

133.    Denied.

**COUNT III: 11 U.S.C. § 727(a)(4)(A)**

134.    Admitted.

135.    Admitted.

136.    Denied.

137.    Denied.

138.    Denied.

**COUNT IV: 11 U.S.C. § 727(a)(4)(D)**

139.    Admitted.

140.    The Trustee alleges and incorporates the allegations in paragraphs 1 through 127 as though fully set forth herein.

141.    Denied.

## COUNT V: 11 U.S.C. § 727(a)(5)

142.    Admitted.

143.    Admitted.

144.    Denied.

## AFFIRMATIVE DEFENSES

1.    Plaintiff fails to state a claim for relief under 11 U.S.C. § 727(a)(2)(B).

2.    Plaintiff fails to state a claim for relief under 11 U.S.C. § 727(a)(3).

3.    Plaintiff fails to state a claim for relief under 11 U.S.C. § 727(a)(4)(A).

4.    Plaintiff fails to state a claim for relief under 11 U.S.C. § 727(a)(4)(D).

5.    Plaintiff fails to state a claim for relief under 11 U.S.C. § 727(a)(5).

## GENERAL DENIAL

To the extent an allegation, count or prayer for relief has not been expressly admitted above, Defendants deny each and every allegation, count and prayer for relief of Plaintiffs.

## PREVAILING PARTY FEE REQUEST

The Defendants have retained counsel and are obligated to pay said counsel a reasonable fee for their service. Pursuant to 11 United States Code § 105(a), in the event Defendants are the prevailing party, Defendants seeks recovery of attorney's fees incurred herein against Plaintiff.

## RESERVATION OF RIGHT TO AMEND

Defendants reserve the right, with proper leave of court, to amend their Answer, and also to add any further defenses, counterclaims, or cross-claims, as necessary.

**WHEREFORE,** Defendants, **WADE MARTIN ROME and KATHLEEN MALONEY ROME,** respectfully requests this Honorable Court dismiss the Complaint filed by Plaintiff, award Defendants there costs and attorneys' fees associated with defending this action, and grant such further relief this Court deems just and proper.

/s/ Jeffrey S. Ainsworth

_____

Jeffrey S. Ainsworth, Esquire
Florida Bar No.: 060769
E-mail: *jeff@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Second e-mail: shelly@bransonlaw.com

In re:                                                          Case No: 6:15-bk-02498-KSJ
**WADE MARTIN ROME**
**KATHLEEN MALONEY ROME**                                       Chapter 7

        Debtor(s).
_____/

**CARLA P. MUSSELMAN, CHAPTER 7.**
**TRUSTEE FOR THE ESTATE OF,**
**WADE MARTIN ROME AND**
**KATHLEEN MALONEY ROME,**

        Plaintiff,

v.                                                              **Adversary Proceeding**
                                                                **No. 6:15-ap-00131-KSJ**
**WADE MARTIN ROME and**
**KATHLEEN MALONEY ROME,**

        Defendant(s).
_____/


## <u>CERTIFICATE OF SERVICE</u>

    **I HEREBY CERTIFY** that a true and correct copy of the **ANSWER**, has been furnished

on this 22nd day of October, 2015 by electronic transmission and/or prepaid first class US mail

to: Bradley M. Saxton, Esquire, Winderweedle, Haines, Ward & Woodman, P.A., Post Office

Box 1391, Orlando, Florida and the Defendant.


                /s/ Jeffrey S. Ainsworth
                _____

                Jeffrey S. Ainsworth, Esquire
                **BransonLaw PLLC**