ORDERED.

Dated: December 16, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re ) | |
| ) | |
| WADE MARTIN ROME and KATHLEEN ) | Case No. 6:15-bk-02498-KSJ |
| MALONEY ROME, ) | Chapter 7 |
| ) | |
| Debtors. ) | |
| ) | |
| CARLA P. MUSSELMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Adversary No. 6:15-ap-00130-KSJ |
| ) | |
| WADE MARTIN ROME and KATHLEEN ) | |
| MALONEY ROME, ) | |
| ) | |
| Defendants. ) | |

**ORDER GRANTING EMERGENCY MOTION FOR**
**SUBSTITUTION OF PARTY PLAINTIFF AND CONTINUANCE OF TRIAL**

This adversary proceeding came before the Court on December 15, 2016, for consideration of the Emergency Motion for Approval to (1) Authorize the United States Trustee to Substitute in as a Party Plaintiff in this Adversary Proceeding, and (2) Continue Trial (Doc.

No. 56) ("the Emergency Motion"). After reviewing the pleadings and considering the positions of all interested parties, the Court will grant the Emergency Motion.

Accordingly, it is

**ORDERED:**

1. The Emergency Motion (Doc. No. 56) **is GRANTED.**

2. The United States Trustee is substituted in as the party plaintiff replacing the Chapter 7 Trustee.

3. The trial on this adversary proceeding and related adversary proceedings is continued to 9:00 a.m. on February 21, 2017, with two and a half days reserved.

4. The Defendants/Debtors may proceed with discovery against the substituted Plaintiff provided that no responses shall be due or any depositions scheduled till January 20, 2017.

Copies furnished to:

Attorney, Brad Saxton, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.